COMMONWEALTH of Pennsylvania, Petitioner

v.

Frederick HANSLEY, Respondent.

Supreme Court of Pennsylvania.

Jan. 5, 2011.

### ORDER

PER CURIAM.

AND NOW, this 5th day of January 2011, the Petition for Allowance of Appeal is **GRANTED**. The issue, rephrased for clarity, is:

Whether the Recidivism Risk Reduction Incentive Act, 61 Pa.C.S. §§ 4501–4512, is applicable to mandatory minimum penalties imposed pursuant to 18 Pa.C.S. § 7508 and 18 Pa.C.S. § 6317?